1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO MOLINA, | Case No. CV 21-4004-DMG (JPRx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARROWHEAD CREDIT UNION [29]** |
| ARROWHEAD CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Upon review of the Stipulation of Dismissal with Prejudice of Arrowhead Credit Union ("Arrowhead"), filed by Plaintiff and Defendant Arrowhead, and good case appearing.

**IT IS ORDERED** that the Stipulation is APPROVED.  The above-entitled action is hereby dismissed with prejudice as to Arrowhead, with the stipulating parties to bear their own costs and attorney's fees.  The Clerk shall terminate the action in its entirety as there are no remaining defendants.

DATED:  September 28, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE